**DISMISS; and Opinion Filed December 10, 2013.**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-13-00466-CV

**ROY GARLAND BOLES, Appellant**
**V.**
**TERESA ELLERD & FARMERS INSURANCE EXCHANGE, Appellee**

**On Appeal from the 95th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-11-03468**

## MEMORANDUM OPINION

Before Justices Moseley, Lang, and Brown
Opinion by Justice Brown

The filing fee in this case is past due. By postcard dated September 26, 2012, we notified appellant the $175 filing fee was due. We directed appellant to remit the filing fee within ten days and expressly cautioned appellant that failure to do so would result in dismissal of the appeal. Also by postcard dated September 26, 2012 we notified appellant the docketing statement had not been filed in this case. We directed appellant to file the docketing statement within ten days. We cautioned appellant that failure to do so might result in dismissal of his appeal. To date, appellant has not paid the filing fee, filed the docketing statement, or otherwise corresponded with the Court regarding the status of this appeal.

Accordingly, we dismiss this appeal.  *See* TEX. R. APP. P. 42.3(b)(c).


/Ada Brown/
ADA BROWN
JUSTICE

130466F.P05



## Court of Appeals
## Fifth District of Texas at Dallas

# JUDGMENT

ROY GARLAND BOLES, Appellant

No. 05-13-00466-CV     V.

TERESA ELLERD & FARMERS
INSURANCE EXCHANGE, Appellees

On Appeal from the 95th Judicial District
Court, Dallas County, Texas
Trial Court Cause No. DC-11-03468.
Opinion delivered by Justice Brown.
Justices Moseley and Lang participating.

     In accordance with this Court's opinion of this date, this appeal is **DISMISSED**.
     It is **ORDERED** that appellees TERESA ELLERD & FARMERS INSURANCE
EXCHANGE recover their costs of this appeal from appellant ROY GARLAND BOLES.

Judgment entered this 10th day of December, 2013.

/Ada Brown/
ADA BROWN
JUSTICE